UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5724-PSG (FFMx) | Date | September 18, 2018 |
| Title | ASHLEY JUDD V. HARVEY WEINSTEIN | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lauren Blas<br>Theano Evangelis Kapur<br>Michael Dore | Cynthia Zedalis<br>Phyllis Kupferstein |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS FILED 07-17-18 (DOC. 11)

Having considered all papers submitted in support of and in opposition to the Motion referenced above, and the oral argument presented today, the Court takes the motion under submission.

:  32

Initials of Preparer   wh