Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532

Attorneys for Defendant
Harvey Weinstein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY JUDD, an individual, | Case No.: 2:18-cv-05724 PSG (FFMx) |
|---|---|
| Plaintiff, | **DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION AND MOTION TO STAY** |
| v. | |
| HARVEY WEINSTEIN, an individual, | **Date:** March 4, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 6A |
| Defendant. | |

   PLEASE TAKE NOTICE that, on March 4, 2019, at 1:30 p.m. in the Courtroom of the Honorable Philip S. Gutierrez, First Street Courthouse, 350 West First Street, Courtroom 6A, 6th Floor, Los Angeles, CA 90012-4565, Defendant Harvey Weinstein, by and through his counsel of record, will move the Court to stay this proceeding.

   Defendant's motion is based on this notice of motion and motion, the accompanying memorandum of law in support of Defendant's motion, the

1

DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION AND MOTION TO STAY

accompanying Declarations of Benjamin Brafman, Esq. and Phyllis Kupferstein, Esq., and all facts and circumstances upon which the Court may take judicial notice.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 18, 2018.

Dated: January 7, 2019                  KUPFERSTEIN MANUEL LLP

                                             */s/ Phyllis Kupferstein*
                                             Phyllis Kupferstein
                                             pk@kupfersteinmanuel.com
                                             Cynthia L. Zedalis
                                             cz@kupfersteinmanuel.com

                                             Attorneys for Defendant
                                             Harvey Weinstein

DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION AND MOTION TO STAY