Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile:  (213) 988-7532

Attorneys for Defendant Harvey Weinstein

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY JUDD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN, an individual,<br><br>Defendant. | Case No.: 2:18-cv-05724 PSG (FFMx)<br><br>**DECLARATION OF CYNTHIA L. ZEDALIS IN SUPPORT OF DEFENDANT HARVEY WEINSTEIN'S MOTION TO STAY**<br><br>Date:    March 4, 2019<br>Time:    1:30 p.m.<br>**Courtroom:**   6A |
|---|---|

**I, Cynthia L. Zedalis, declare as follows:**

    1.   I am an attorney-at-law licensed to practice before this Court and am counsel for Defendant Harvey Weinstein ("Defendant") in this action. I have personal and first-hand knowledge of the facts set forth below, and if called and sworn as a witness, I could and would competently testify as to each of them.

    2.   I submit this Declaration in support of Defendant's Motion to Stay. The grounds for granting the instant motion are more fully set forth in the accompanying memorandum of law and the Declaration of Benjamin Brafman, Esq. ("Brafman Decl."), criminal counsel for Defendant.

3. A stay of this action is necessary to safeguard his liberty interests and constitutional right against self-incrimination. As set forth in the Brafman Decl., Defendant is currently under indictment for charges arising out of allegations of sexual assault and sexual misconduct that parallel the allegations made by Plaintiff in this matter. I have been informed by Mr. Brafman that Defendant cannot respond to the allegations in the Amended Complaint, participate in the discovery process, or otherwise defend himself in this action without asserting his Fifth Amendment rights or risk prejudicing his defense of the criminal charges against him.

4. Attached hereto as Exhibit A is the California Superior Court's decision in *Judy Huth v. William Henry Cosby, Jr.*, BC565560 (Cal. Sup. Ct. Mar. 30, 2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 7th day of January, 2019 at Los Angeles, California.

*/s/ Cynthia Zedalis/*
CYNTHIA L. ZEDALIS

-2-

**DECLARATION OF CYNTHIA L. ZEDALIS IN SUPPORT OF DEFENDANT HARVEY WEINSTEIN'S MOTION TO STAY**