Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile:  (213) 988-7532

Attorneys for Defendant Harvey Weinstein

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JUDD, an individual,<br><br>            Plaintiff,<br>   v.<br>HARVEY WEINSTEIN, an individual,<br><br>            Defendant. | CASE NO.:  2:18-cv-5724 PSG (FFMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HARVEY WEINSTEIN'S MOTION TO STAY**<br><br>**Date:** March 4, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 6A |

The Motion of Defendant Harvey Weinstein to Stay this proceeding, having been heard on March 4, 2019, and the Court having considered the arguments and papers in support of and in opposition to said motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Harvey Weinstein's Motion to Stay is granted in all respects.

Dated:  March ___, 2019

_____
The Hon. Philip S. Gutierrez
United States District Judge