UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5724-PSG (FFMx) | Date | April 1, 2019 |
|---|---|---|---|
| Title | ASHLEY JUDD V. HARVEY WEINSTEIN | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theodore Boutrous, Jr.<br>Theane Evangelis<br>Micahel Dore | Phyllis Kupferstein |

**Proceedings:** DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION TO STAY CASE PENDING CONCLUSION OF CRIMINAL ACTIONS FILED 01/07/19 (DOC. 47-48)

PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b) FILED 02-08-19 (DOC. 54)

Having considered all papers submitted in support of and in opposition to the Motions referenced above, and the oral argument presented today, the Court takes the motions under submission.

|   | : | 37 |
|---|---|---|
| Initials of Preparer | wh | |