**MANDATORY CHAMBERS COPY**



E-FILED
APR 1 0 2019
Document # _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JUDD, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARVEY WEINSTEIN, an individual,<br><br>　　　　　Defendant. | CASE NO. 18-cv-05724-PSG-FFM<br><br>[PROPOSED] FINAL JUDGMENT PURSUANT TO RULE 54(b) DISMISSING PLAINTIFF ASHLEY JUDD'S SECOND CAUSE OF ACTION FOR SEXUAL HARASSMENT UNDER CAL. CIV. CODE SECTION 51.9<br><br>Action Filed: April 30, 2018<br><br>Judge: Hon. Phillip S. Gutierrez |

Gibson, Dunn & Crutcher LLP

[PROPOSED] FINAL JUDGMENT PURSUANT TO RULE 54(b) DISMISSING PLAINTIFF ASHLEY JUDD'S SECOND CAUSE OF ACTION FOR SEXUAL HARASSMENT UNDER CAL. CIV. CODE SECTION 51.9
CASE NO. 2:18-CV-05724-PSG-FFM

|  | This Court, having granted Defendant Harvey Weinstein's motion to dismiss Plaintiff Ashley Judd's second cause of action for sexual harassment under California Civil Code §§ 51.9 and 52 with prejudice, Dkt. 51, and finding no just reason for delay, and further finding good cause to exist, hereby |

**ORDERS, ADJUDGES AND DECREES:**

(1) Final judgment is hereby ordered pursuant to Federal Rule of Civil Procedure 54(b) on Plaintiff Ashley Judd's Second Cause of Action; and

(2) There is no just reason for delay in the entry of this Final Judgment, and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: 4/10, 2019

Honorable Phillip S. Gutierrez

1

[PROPOSED] FINAL JUDGMENT PURSUANT TO RULE 54(b) DISMISSING PLAINTIFF ASHLEY JUDD'S SECOND CAUSE OF ACTION FOR SEXUAL HARASSMENT UNDER CAL. CIV. CODE SECTION 51.9
CASE NO. 2:18-CV-05724-PSG-FFM

Gibson, Dunn & Crutcher LLP