1  THEODORE J. BOUTROUS, JR., SBN 132099
   tboutrous@gibsondunn.com
2  THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
3  MICHAEL H. DORE, SBN 227442
   mdore@gibsondunn.com
4  LAUREN M. BLAS, SBN 296823
   lblas@gibsondunn.com
5  MARISSA MOSHELL, SBN 319734
   mmoshell@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
8  Facsimile: 213.229.7520

Attorneys for Plaintiff
ASHLEY JUDD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JUDD, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HARVEY WEINSTEIN, an individual,<br><br>    Defendant. | CASE NO. 18-cv-05724-PSG-FFM<br><br>**PLAINTIFF ASHLEY JUDD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT** |

Gibson, Dunn & Crutcher LLP

PLAINTIFF ASHLEY JUDD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT
CASE NO. 2:18-CV-05724-PSG-FFM

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Ashley Judd hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment (Dkt. 66) entered in this Court on April 10, 2019, and from all orders and rulings of the Court that were adverse to Plaintiff Ashley Judd and gave rise to the judgment (which this Court ordered pursuant to Federal Rule of Civil Procedure 54(b), having found no just reason for delaying its entry or the immediate appeal of the dismissal of Plaintiff's sexual harassment claim under California Civil Code § 51.9), including, without limitation, the Order Granting Defendant Harvey Weinstein's Motion to Dismiss Plaintiff's Second Cause of Action for sexual harassment under California Civil Code section 51.9 (Dkt. 51) entered in this Court on January 9, 2019.

Plaintiff Ashley Judd's Representation Statement is attached to this Notice as required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

DATED: May 2, 2019

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theodore J. Boutrous, Jr.
     Theodore J. Boutrous, Jr.

Attorneys for Plaintiff Ashley Judd

Gibson, Dunn & Crutcher LLP

1

PLAINTIFF ASHLEY JUDD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT
CASE NO. 2:18-CV-05724-PSG-FFM

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff Ashley Judd and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rules 3-2(b) and 12-2, Plaintiff Ashley Judd submits this Representation Statement. The following list identifies all parties to the action and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Plaintiff Ashley Judd | **GIBSON, DUNN & CRUTCHER LLP**<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>MICHAEL H. DORE, SBN 227442<br>mdore@gibsondunn.com<br>LAUREN M. BLAS, SBN 296823<br>lblas@gibsondunn.com<br>MARISSA MOSHELL, SBN 319734<br>mmoshell@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Defendant Harvey Weinstein | **KUPFERSTEIN MANUEL LLP**<br>PHYLLIS KUPFERSTEIN, SBN 108595<br>pk@kupfersteinmanuel.com<br>CYNTHIA L. ZEDALIS<br>cz@kupfersteinmanuel.com<br>865 South Figueroa Street<br>Suite 3338<br>Los Angeles, California 90017<br>Telephone: 213.988.7531<br>Facsimile: 213.988.7532 |

Gibson, Dunn & Crutcher LLP

PLAINTIFF ASHLEY JUDD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND REPRESENTATION STATEMENT
CASE NO. 2:18-CV-05724-PSG-FFM