1  THEODORE J. BOUTROUS, JR., SBN 132099
    tboutrous@gibsondunn.com
2  THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
3  MICHAEL H. DORE, SBN 227442
    mdore@gibsondunn.com
4  LAUREN M. BLAS, SBN 296823
    lblas@gibsondunn.com
5  MARISSA MOSHELL, SBN 319734
    mmoshell@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
8  Facsimile:   213.229.7520

9  Attorneys for Plaintiff
   ASHLEY JUDD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ASHLEY JUDD, an individual, | Case No.:  2:18-cv-05724 PSG (FFMx) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| HARVEY WEINSTEIN, an individual, | |
| Defendant. | |

The Court's Order Granting Defendant's Motion to Stay (Doc. 62), filed on April 2, 2019, ordered the parties "to submit a joint status report providing an update on Defendant's criminal proceedings no later than June 17, 2019," with the parties further ordered to appear for a status conference on June 24, 2019.  Doc. 62 at 1-2 (emphasis omitted).  Accordingly, the parties submit the following:

At a hearing on April 26, 2019, the trial date in the pending criminal action against Defendant, *The People of the State of New York v. Harvey Weinstein,* in the Supreme Court of the State of New York, New York County, bearing Indictment Number 2335/2018, was continued from June 3, 2019 to September 9, 2019.  Also during the April 26 hearing, Judge James Burke considered whether to allow

witnesses' alleged "prior bad acts" testimony in Defendant's criminal trial. Judge Burke closed the hearing to the public and declined to reveal his decision in open court. Defendant Weinstein asserts that his criminal trial is expected to last three months.[1]

Dated: June 17, 2019      **GIBSON, DUNN & CRUTCHER LLP**

By:    */s/ Michael H. Dore*
        Michael H. Dore
        *Attorneys for Plaintiff Ashley Judd*

Dated: June 17, 2019      **KUPFERSTEIN MANUEL LLP**

By:    */s/ Phyllis Kupferstein*
        Phyllis Kupferstein
        Cynthia L. Zedalis
        *Attorneys for Defendant Harvey Weinstein*

---

[1] Plaintiff's appeal of the Final Judgment relating to her sex harassment claim under California Civil Code § 51.9 (Doc. 66) is pending in the Ninth Circuit Court of Appeals. The case has been released from the Mediation Program, and a briefing schedule has been set as follows: Plaintiff/Appellant's opening brief is due on or before August 26, 2019; Defendant/Appellee's answer brief is due on or before October 11, 2019; and any reply brief is due within twenty-one (21) days from the filing of the answer brief.