THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
MARISSA MOSHELL, SBN 319734
  mmoshell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff
ASHLEY JUDD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY JUDD, an individual, | Case No.:  2:18-cv-05724 PSG (FFMx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| HARVEY WEINSTEIN, an individual, | |
| Defendant. | |

Plaintiff Ashley Judd and Defendant Harvey Weinstein respectfully submit this Joint Status Report in preparation for the status conference scheduled for May 21, 2021 at 2:00 p.m.

On February 24, 2020, a jury found Defendant guilty of criminal sexual assault in the first degree and rape in the third degree in *The People of the State of New York v. Harvey Weinstein*, in the Supreme Court of the State of New York, New York County, Indictment Number 2335/2018. Defendant was sentenced to 23 years in prison on March 11. He has filed an appeal.

On or about March 15, 2021, a Los Angeles County grand jury returned an indictment against Defendant on 11 counts of sexual assault involving five women that allegedly took place between 2004 and 2013.

On April 12, 2021 a hearing on whether Defendant should be extradited to California to face trial on the charges brought in Los Angeles was continued until April 30, 2021.

On April 30, 2021, an Erie County, New York, court determined that Mr. Weinstein has until May 30, 2021 to file another challenge to the extradition request or have the Governor of New York disapprove of his extradition to California. Once Mr. Weinstein's criminal attorneys file the new challenge, a further hearing will be set.

In addition, in February 2021, Ms. Judd suffered multiple leg fractures and nerve damage in an accident in the Democratic Republic of the Congo. She has since undergone multiple surgeries and is engaged in intensive physical rehabilitation to recover from her injuries.

| | | |
|---|---|---|
| 1 | Dated:  May 13, 2021 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | |
| 3 | | By:  */s/ Michael H. Dore*<br>Michael H. Dore |
| 4 | | *Attorneys for Plaintiff Ashley Judd* |
| 5 | Dated: May 13, 2021 | **KUPFERSTEIN MANUEL LLP** |
| 6 | | |
| 7 | | By:  */s/ Phyllis Kupferstein*<br>Phyllis Kupferstein |
| 8 | | *Attorneys for Defendant Harvey Weinstein* |