THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL H. DORE, SBN 227442
  mdore@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
MARISSA MOSHELL, SBN 319734
  mmoshell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Plaintiff
ASHLEY JUDD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JUDD, an individual, | Case No.:  2:18-cv-05724 PSG (FFMx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| HARVEY WEINSTEIN, an individual, | Status Conference Date: December 2, 2022 at 2:00 p.m. |
| Defendant. | |

Plaintiff Ashley Judd and Defendant Harvey Weinstein respectfully submit this Joint Status Report in preparation for the status conference scheduled for December 2, 2022 at 2:00 p.m.

On or about July 20, 2021, Los Angeles authorities extradited Harvey Weinstein from New York to California to face trial on criminal charges filed in Los Angeles.

On July 21, 2021 Mr. Weinstein attended his arraignment on the Los Angeles County indictment charging him with 11 counts of rape and sexual assault.  Mr. Weinstein pleaded not guilty to all charges.

On August 12, 2021, Los Angeles Superior Court Judge Lisa B. Lench dismissed one of the 11 counts against Mr. Weinstein.

On or about August 16, 2021, a Los Angeles County grand jury returned another indictment against Mr. Weinstein that included the count of sexual assault that Judge Lench had previously dismissed.

On September 20, 2021, Mr. Weinstein attended his arraignment and pleaded not guilty to all charges.

On December 7, 2021, Judge Lench denied a motion by Mr. Weinstein to dismiss all charges against him.

On August 19, 2022, Chief Judge Janet DiFiore of the New York Court of Appeals granted Mr. Weinstein's request for leave to appeal his rape and sexual assault conviction.

On October 24, 2022, Mr. Weinstein's trial in Los Angeles County began.

On November 15, 2022, Judge Lench dismissed four of the 11 counts against Mr. Weinstein after prosecutors stated they would not proceed with the counts involving one of his accusers.

Mr. Weinstein's Los Angeles criminal trial is ongoing.

Dated: November 18, 2022

**GIBSON, DUNN & CRUTCHER LLP**

By:   */s/ Michael H. Dore*
      Michael H. Dore
      *Attorneys for Plaintiff Ashley Judd*

Dated: November 18, 2022

**KUPFERSTEIN MANUEL LLP**

By:   */s/ Phyllis Kupferstein*
      Phyllis Kupferstein
      *Attorneys for Defendant Harvey Weinstein*