1  THEODORE J. BOUTROUS, JR., SBN 132099
     tboutrous@gibsondunn.com
2  THEANE EVANGELIS, SBN 243570
     tevangelis@gibsondunn.com
3  MICHAEL H. DORE, SBN 227442
     mdore@gibsondunn.com
4  LAUREN M. BLAS, SBN 296823
     lblas@gibsondunn.com
5  MARISSA MOSHELL, SBN 319734
     mmoshell@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
8  Facsimile: 213.229.7520

9  Attorneys for Plaintiff
   ASHLEY JUDD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY JUDD, an individual, | Case No.: 2:18-cv-05724 PSG (FFMx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| HARVEY WEINSTEIN, an individual, | Status Conference Date:<br>July 14, 2023 at 2:00 p.m. |
| Defendant. | |

Plaintiff Ashley Judd and Defendant Harvey Weinstein respectfully submit this Joint Status Report in preparation for the status conference scheduled for July 14, 2023 at 2:00 p.m.

On or about July 20, 2021, Los Angeles authorities extradited Harvey Weinstein from New York to California to face trial on criminal charges filed in Los Angeles.

On July 21, 2021 Mr. Weinstein attended his arraignment on the Los Angeles County indictment charging him with 11 counts of rape and sexual assault. Mr. Weinstein pleaded not guilty to all charges.

On August 12, 2021, Los Angeles Superior Court Judge Lisa B. Lench dismissed one of the 11 counts against Mr. Weinstein.

On or about August 16, 2021, a Los Angeles County grand jury returned another indictment against Mr. Weinstein that included the count of sexual assault that Judge Lench had previously dismissed.

On September 20, 2021, Mr. Weinstein attended his arraignment and pleaded not guilty to all charges.

On December 7, 2021, Judge Lench denied a motion by Mr. Weinstein to dismiss all charges against him.

On August 19, 2022, Chief Judge Janet DiFiore of the New York Court of Appeals granted Mr. Weinstein's request for leave to appeal his rape and sexual assault conviction.

On October 24, 2022, Mr. Weinstein's trial in Los Angeles County began.

On November 15, 2022, Judge Lench dismissed four of the 11 counts against Mr. Weinstein in Los Angeles after prosecutors stated they would not proceed with the counts involving one of his accusers.

On December 19, 2022 Mr. Weinstein was convicted in the Los Angeles action on three of seven counts—forcible rape, forcible oral copulation, and penetration by a foreign object—related to the accuser known as Jane Doe 1.

1  Mr. Weinstein was acquitted on one count of sexual battery by restraint involving a
2  second accuser, identified as Jane Doe 2.  The jury was unable to reach verdicts on
3  the remaining three counts—rape, sexual assault, and sexual battery—involving
4  Jane Doe 3 and Jane Doe 4.

5  On December 20, 2022, Judge Lench declared a mistrial on the three counts
6  on which the jury was hung in the Los Angeles action.

7  On January 10, 2023, Mr. Weinstein filed an appeal to his 2020 rape and
8  sexual assault conviction in New York that led to a 23-year prison sentence.

9  On February 23, 2023, Mr. Weinstein was sentenced to 16 years in prison in
10 his Los Angeles criminal trial, to run consecutively to his 23-year prison sentence
11 in his New York criminal trial.

12 On or about February 24, 2023, Mr. Weinstein filed notice of his appeal
13 from the Los Angeles conviction.

14 On or about March 14, 2023, Los Angeles prosecutors told Judge Lench that
15 they will not retry Mr. Weinstein on the three counts that left the jurors
16 deadlocked.  Judge Lench dismissed those charges.

17 On or about April 10, 2023, Mr. Weinstein was flown to Mohawk
18 Correctional Facility in New York to continue serving his New York sentence.

20 Dated: July 7, 2022            **GIBSON, DUNN & CRUTCHER LLP**

                               By:  */s/ Michael H. Dore*
                                    Michael H. Dore
                                    *Attorneys for Plaintiff Ashley Judd*

24 Dated: July 7, 2022            **KUPFERSTEIN MANUEL LLP**

                               By:  */s/ Phyllis Kupferstein*
                                    Phyllis Kupferstein
                                    *Attorneys for Defendant Harvey Weinstein*